MICHAEL O'DWYER, Respondent, *v.* THE CASTLE SQUARE OPERA COMPANY, Appellant.

*O'Dwyer* v. *Castle Square Opera Co.,* 127 App. Div. 926, affirmed.
(Argued October 12, 1909; decided October 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for labor performed and materials furnished.

*Morris Grossman* for appellant.

*Burton W. Gibson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

HUDSON BASE BALL ASSOCIATION, Respondent, *v.* GREATER NEW YORK BASE BALL ASSOCIATION, Appellant.

*Hudson Base Ball Assn.* v. *Greater New York Base Ball Assn.,* 127 App. Div. 932, affirmed.
(Argued October 12, 1909; decided October 26, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 26, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a written contract.

*Joseph M. Proskauer* and *Abram I. Elkus* for appellant.

*William Wallace Chace* and *J. Frank Chace* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.